$50 FEE PAID
#1186259
FEE NOT PAID
(SEND LETTER)

ORIGINAL

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN 19 A 10: 23

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EUNICE J. ROPER-ALLEN | * |
| Plaintiff(s) | * |
| vs. | Case No.: WMN-01-3624 |
| NAACP | * |
| Defendant(s) | * |

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Jean Noonan__, am a member in good standing of the bar of this Court. My bar number is _____. I am moving the admission of __George Constantine Pontikes__ to appear *pro hac vice* in this case as counsel for __Eunice J. Roper-Allen__.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Northern District of Illinois | 05/29/63 |
| Supreme Court of Illinois | 11/26/61 |
| Southern District of Indiana | 09/26/67 |
| 7th Circuit Court of Appeals | 04/21/64 |
| 8th Circuit Court of Appeals | 09/05/68 |
| U.S. Supreme Court | 02/26/69 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *Jean Noonan* | *George C. Pontikes* |
| Signature | Signature |
| Jean Noonan | George C. Pontikes |
| Printed Name | Printed Name |
| LOVELLS | GEORGE C. PONTIKES & ASSOCIATES, P.C. |
| Firm | Firm |
| 401 9th Street NW, Suite 1150 Washington, D.C. 20004 | 11 S. LaSalle Street, Suite 1300 Chicago, IL 60603 |
| Address | Address |
| (202) 783-6144 | (312) 220-0022 |
| Telephone Number | Telephone Number |
| (202) 783-6250 | (312) 220-0097 |
| Fax Number | Fax Number |

*****************************************************************

### ORDER

☑ GRANTED        ☐ DENIED

6/19/02 _____
Date                     United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2002, a true and exact copy of the foregoing document was provided to the persons listed below via Hand Delivery:

George A. Nilson
Anthony P. Ashton
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, MD 21209-3600

By: *Jean Noonan* (signature)

Jean Noonan
LOVELLS
401 Ninth Street, N.W., Suite 1150
Washington, D.C. 20004
(202) 942-3952 (Phone)
(202) 783-6250 (Facsimile)
Bar number: 15432