IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EUNICE J. ROPER-ALLEN             :
                                  :
                                  :
v.                                : Civil Action No. WMN-01-3624
                                  :
NATIONAL ASSOCIATION FOR THE      :
ADVANCEMENT OF COLORED PEOPLE     :

### ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 27th day of November, 2002, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That Defendant's Motion to Dismiss (Paper No. 24) is GRANTED;

2. That Plaintiff's Motion for Temporary Restraining Order and for Preliminary Injunction (Paper No. 18) is DENIED as moot;

3. That Plaintiff's Motion for Leave to File Second Amended Complaint (Paper No. 19) is DENIED as moot;

4. That this action is hereby CLOSED; and

5. That the Clerk of Court shall mail copies of this Order to all counsel of record.

_____
William M. Nickerson
Senior United States District Judge